# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**KARLA VELASQUEZ,**                    )
                                        )
       **Plaintiff,**                    )
                                        )
     v.                                )   Civil Action No. 16-470 (RMC)
                                        )
**STUBS, LLC,**                         )
                                        )
       **Defendant.**                   )
_____)

## ORDER

Having been advised by the parties that this action has been settled, *see* Notice [Dkt. 6], it is hereby

**ORDERED** that the case is **DISMISSED**. The dismissal shall be without prejudice from now through **July 18, 2016**. If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

All pending deadlines are **VACATED**. This case is closed.

Date: June 7, 2016                        /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge